February 22, 2023

VIA ECF

Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, NY 11201

Re: Wright et al. v. SkyWest Airlines, Inc.
Case No. 1:22-cv-00914 - EK - CLP

Dear Judge Pollak:

The parties write jointly to request a stay of discovery pending the Court's decision on Defendant's Motion to Dismiss, mooting the deadlines currently on the docket (Min. Entry, Feb. 9, 2023).[1] Further, Plaintiffs agree to delay moving for conditional certification of a collective action on their FLSA claims until after the Motion is decided.

Following the parties' Initial Conference on February 8, 2023, the parties conferred and agreed to wait until the Court decides Defendant's pending Motion to Dismiss (Dkt. 27) before engaging in discovery practice. This request and proposed order was initially submitted to Judge Komitee, on February 17, 2023. (Dkt. 31). The Court denied the motion, instructing the parties to address the motion to Your Honor. (Order, February 21, 2023).

If this arrangement meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

/s/ *Amanda C. Sommerfeld*
Amanda C. Sommerfeld (*Pro Hac Vice*)
Counsel for Defendant

/s/ *Michael R. Minkoff*
Michael R. Minkoff
Counsel for Plaintiffs

---

[1] The current schedule would require initial disclosures be exchanged by March 10, document requests and interrogatories be exchanged by April 10, and responses to those requests be exchanged by May 9, 2023.

cc: All counsel of record (via ECF)

IT IS SO ORDERED.

DATED: 2/23/2023

*Cheryl L. Pollak*
~~Chief~~ Magistrate Judge Cheryl L. Pollak