CIVIL CAUSE FOR Oral Argument

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 9/19/2023
TIME IN COURT: 40 Mins

DOCKET NUMBER: CV 22-0914
TITLE: Wright et al v. Skywest Airlines, Inc.

ESR OPERATOR: Loan Hong
FTR LOG: 2:49 – 3:28

APPEARANCES:

    Plaintiffs:        Michael Minkoff
    Defendant:       Amanda Sommerfeld, Troy Mattila

SUMMARY: Case called. Discussion held. Decision reserved. The parties shall submit post-hearing letter briefs, not to exceed three pages, by September 22.